**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEOFFREY C. MOUSSEAU, ) | No. CV 08-6955-GAF(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| LINDA L. SANDERS (Warden), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that this action is dismissed as moot.

DATED: <u>December 14, 2011</u>

_/s/ Gary Feess_
GARY A. FEESS
United States District Judge